No. 199. EMPIRE OIL & REFINING CO., KNOWN AS CITIES SERVICE OIL CO., ET AL. *v.* FIELDS. October 13, 1941. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Metropolitan Casualty Ins. Co.* v. *Brownell,* 294 U. S. 580, 583; *Washington* v. *Superior Court,* 289 U. S. 361, 366. *Messrs. A. Carey Hough* and *R. E. Cullison* for appellants. *Mr. Herbert K. Hyde* for appellee.

No. 313. O'KEEFE, SURVIVING EXECUTOR, ET AL. *v.* ADAMS ET AL. October 13, 1941. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *United States* v. *Fox,* 94 U. S. 315, 320–21; *United States* v. *Perkins,* 163 U. S. 625, 627–28; *Ferry* v. *Spokane, P. & S. Ry. Co.,* 258 U. S. 314, 319; *Stebbins* v. *Riley,* 268 U. S. 137. *Mr. Olin E. Watts* for appellants. *Messrs. Stafford Caldwell* and *E. T. McIlvaine* for appellees.